**2016–1165. State v. Sampson.**
Cuyahoga App. No. 103311, 2016-Ohio-4560.
O'Connor, C.J., dissents and would accept the appeal and hold the cause for decision in 2015–0677, *State v. Aalim.*

**2016–1317. Fifth Third Bank v. Unknown Spouse of Lockwood.**
Lucas App. No. L–16–1159.

**2016–1428. Hicks v. Cadle Co.**
Trumbull App. No. 2014–T–0103, 2016-Ohio-4728.
Fischer, J., dissents.

**2016–1435. State v. Hawkey.**
Defiance App. No. 4–14–03, 2016-Ohio-5369.

**2016–1441. In re M.D.**
Summit App. No. 28087, 2016-Ohio-5393.
Fischer, J., dissents and would accept the appeal on proposition of law No. II.

**2016–1447. State v. Holder.**
Hamilton App. Nos. C–150670 and C–150673.
Fischer, J., not participating.

**2016–1450. State v. Emmons.**
Hamilton App. No. C–150636, 2016-Ohio-5384.
Fischer and DeWine, JJ., not participating.

**2016–1464. Keller & Kehoe, L.L.P. v. Smart Media of Delaware, Inc.**
Cuyahoga App. No. 103607, 2016-Ohio-5409.

**2016–1474. State v. McNeill.**
Lorain App. No. 15CA010774, 2016-Ohio-5463.

**2016–1478. Haskins v. 7112 Columbia, Inc.**
Mahoning App. No. 15 MA 0192, 2016-Ohio-5575.

**2016–1479. Norton Outdoor Advertising, Inc. v. RGT Foods, Inc.**
Hamilton App. No. C–160243.
Fischer, J., not participating.

**2016–1481. State v. Eason.**
Cuyahoga App. No. 103575, 2016-Ohio-5516.

**2016–1484. St. Clairsville v. Jeffers.**
Belmont App. No. 15 BE 0017, 2016-Ohio-5574.

**2016–1491. State v. Meyer.**
Franklin App. No. 15AP–589, 2016-Ohio-5638.

**2016–1498. Young v. UC Health, W. Chester Hosp., L.L.C.**
Hamilton App. Nos. C–150562 and C–150566, 2016-Ohio-5526.
O'Neill, J., dissents and would accept the appeal and the cross-appeal.
Fischer and DeWine, JJ., not participating.

**2016–1499. Young v. UC Health, W. Chester Hosp., L.L.C.**
Hamilton App. No. C–150566, 2016-Ohio-5526.
O'Neill, J., dissents.
Fischer and DeWine, JJ., not participating.

**2016–1501. State v. Cardenas.**
Darke App. No. 2015–CA–16, 2016-Ohio-5537.
O'Neill, J., dissents.

**2016–1511. State v. Potts.**
Hancock App. No. 5–16–03, 2016-Ohio-5555.